IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANTHON BUN, | 1:10-cv-01274-MJS-(HC) |
| Petitioner, | ORDER VACATING PRIOR ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [Doc. 4] |
| vs. | |
| R. LOPEZ, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS [Doc. 2] |
| Respondent. / | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 19, 2010, Petitioner filed a motion to proceed in forma pauperis. This was treated, mistakenly, as a 42 U.S.C. § 1983 action, and although the motion was granted, Petitioner was ordered to pay, over time, the $350.00 filing fee required in such cases. On review, it is clear this is a petition for writ of habeas corpus under 28 U.S.C. § 2254 for which the $350.00 filing fee will not be required of Pettioner.

Petitioner's certified copy of his prison trust account statement, attached to his motion to proceed in forma pauperis, reveals he is unable to afford the costs of this action. Accordingly, his motion to proceed in forma pauperis is GRANTED. See 28 U.S.C. § 1915. Petitioner is not required to provide payment; instructions to the contrary in this Court's July 22, 2010 order shall be disregarded. (Order, ECF No. 4.)

Accordingly, it is HEREBY ORDERED that:

1. The July 22, 2010 order granting the motion to proceed in forma pauperis is VACATED and all instructions therein shall be disregarded. [Doc. 4]
2. Petitioner's motion to proceed in forma pauperis is GRANTED; however, no payment or related actions are necessary to effectuate same.

IT IS SO ORDERED.

Dated:   August 2, 2010              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE